FILED US District Court-UT
AUG 04 '21 PM 12:58

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
JAY T. WINWARD, Assistant United States Attorney (#11806)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4264
jay.winward@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER MARTIN, Defendant. | INDICTMENT<br><br>Case No.<br><br>VIOLATIONS:<br><br>COUNT I: 21 U.S.C. § 841(a), Possession of Methamphetamine with Intent to Distribute |

The Grand Jury charges:

Case: 4:21-cr-00070
Assigned To : Nuffer, David
Assign. Date : 8/4/2021

### COUNT I

(Possession of Methamphetamine with Intent to Distribute)

On or about June 21, 2021, in the District of Utah,

**CHRISTOPHER MARTIN,**

defendant herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of

1

methamphetamine, a Schedule II controlled substance, as defined in 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable under 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

_____/s/_____
FOREPERSON of the GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_____
JAY T. WINWARD
Assistant United States Attorney