IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MARTIN,<br><br>Defendant. | **ORDER EXTENDING DEADLINE TO FILE BRIEF IN SUPPORT OF MOTION TO SUPPRESS**<br><br><br>Case No. 4:21-cr-00070-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter is before the Court on Defendant's Motion to Extend Deadline to File Brief in Support of Motion to Suppress.[1] Having considered the motion and good cause appearing, it is hereby ordered that the motion is GRANTED. Defendant's brief in support of his motion to suppress is due on or before April 14, 2023. The government's brief is due on or before May 15, 2023.

DATED this 13th day of February, 2023.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket no. 65, filed February 10, 2023.